UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                Criminal Case No.  22-CR-20320

v.                                   Hon. Terrence G. Berg

DEANTAE STEVEN MCCANTS,

       Defendant.
_____/

## ORDER ALLOWING ELECTRONIC STORAGE DEVICE INTO PLACE OF DETENTION

Upon Defendant's need to view electronic discovery material in the correctional facility housing defendant, and the Court being aware of the refusal of the correctional facility to allow an electronic storage device into their facility without a court order;

**IT IS HEREBY ORDERED** that the Federal Community Defender's electronic storage device containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material.

                                                /s/Terrence G. Berg
                                                HONORABLE TERRENCE G. BERG
                                                United States District Court Judge

Date: July 14, 2022